693 A.2d 199

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lacy R. WHEELER, III, Respondent.**

**No. 322 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 17, 1997, it is hereby

ORDERED that Lacy R. Wheeler, III, be and he is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.